# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Corey Edward Fisherman, | Civ. No. 17-2320 (PJS/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Jered McGreiff, Dr. DePree, Dr. Jacobs, Dr. Vicky Aprn, and Jack Sherier, | |
| Defendants. | |

Plaintiff Corey Fisherman filed a motion accompanied by portions of two incident reports from the Ramsey County Sheriff's Office. (Doc. Nos. 73, 74.) These reports appear to be related to Plaintiff's claims against Defendant Jared McGriff, who recently filed a motion to dismiss. (Doc. No. 45.) The Court construes Plaintiff's motion as a request to consider these exhibits when deciding the pending motion to dismiss. On that understanding, Plaintiff's motion (Doc. No. 73) is **GRANTED**.

Dated: August 13, 2018

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge